# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Gentleman v. Davol, Inc. et al.*,
Case No. 2:18-cv-1540

## ORDER

This matter is before the Court on Plaintiff's Motion to Substitute Counsel (Doc. 13). For good cause shown, the Motion is **GRANTED**.


Date:  December 27, 2018        /s/ Kimberly A. Jolson
                                KIMBERLY A. JOLSON
                                UNITED STATES MAGISTRATE JUDGE